IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MELANIE TWEEDY, <br> *Plaintiff,* <br> v. <br> RCAM TITLE LOANS, LLC, <br> *d/b/a Rollen Charlie's Auto Mart,* <br> *Defendant.* | CIVIL NO. 6:08CV00018 <br><br> **ORDER** <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff Melanie Tweedy's Third Motion for Default Judgment (docket no. 19). For the reasons stated in the accompanying Memorandum Opinion, Tweedy's motion is **GRANTED**. Defendant RCAM Title Loans, LLC is hereby **ORDERED** to pay Tweedy $1,693.50 in damages. This case is **TERMINATED** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Mr. Pribble.

Entered this 6th day of May, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE